IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TROY ZANDERS,

    Petitioner,

v.                                            CASE NO. 4:07-cv-00083-MP-WCS

JAMES McDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Amended Report and Recommendation of the Magistrate Judge, recommending that Petitioner's § 2254 petition be summarily dismissed as untimely and for failure to state a cognizable claim. The Magistrate Judge filed the Report and Recommendation on Tuesday, July 3, 2007. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made. In this instance, however, no objections have been filed. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 9, is adopted and incorporated by reference in this order.

    2.    Petitioner Zanders' petition for writ of habeas corpus, Doc. 1, is SUMMARILY DISMISSED as untimely and for failure to state a cognizable claim.

    **DONE AND ORDERED** this   *7th* day of August, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge